IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL INDICTMENT |
| v. : | |
| : | NO. 1:13-CR-191-3-JEC-ECS |
| JOHN RODRIGUEZ : | |

### REPORT & RECOMMENDATION ON PLEA OF GUILTY

The Defendant, by written consent, appeared before the undersigned with counsel on January 16, 2014, and entered a plea of guilty to Counts One, Two, Three, Four, Six, and Seven of the indictment. After placing Defendant under oath and advising and examining him as required under Rule 11 of the Federal Rules of Criminal Procedure, the undersigned determined that the Defendant was competent and capable of entering an informed plea; that he was fully advised of the charges and the consequences of the plea; that the guilty plea was knowing, intelligent, and voluntary; and that the offense charged was supported by an independent basis in fact establishing each of its essential elements. The undersigned, therefore, **RECOMMENDS** that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

**SO REPORTED and RECOMMENDED**, this 16th day of January, 2014.

/s/ E. Clayton Scofield III
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)